

RE: Davido v. Beard, et al. (06-cv-0917)
Eric Montroy
to:
Rachel_Sellers@paed.uscourts.gov, Matthew Lawry, pegan@foxrothschild.com, jbuck@attorneygeneral.gov, ksekula@attorneygeneral.gov
04/22/2019 11:44 AM
Cc:
"Chambers_of_Judge_Mitchell_S_Goldberg@paed.uscourts.gov"
Hide Details
From: Eric Montroy <Eric_Montroy@fd.org> Sort List...
To: "Rachel_Sellers@paed.uscourts.gov" <Rachel_Sellers@paed.uscourts.gov>, Matthew Lawry <Matthew_Lawry@fd.org>, "pegan@foxrothschild.com" <pegan@foxrothschild.com>, "jbuck@attorneygeneral.gov" <jbuck@attorneygeneral.gov>, "ksekula@attorneygeneral.gov" <ksekula@attorneygeneral.gov>
Cc: "Chambers_of_Judge_Mitchell_S_Goldberg@paed.uscourts.gov" <Chambers_of_Judge_Mitchell_S_Goldberg@paed.uscourts.gov>
History: This message has been replied to.

Hi Rachel,

I just looked at ECF 131-2 and compared it with my copy of the transcripts. My copy of the transcript is identical to the one that the Respondent filed as ECF No. 131-2. The first seven pages of the transcript are not numbered, apparently because they consist of the cover and the index of the transcript. The page numbering begins on page 8 at the start of the actual trial proceedings. Thus it appears that the Court has the full transcript for that particular volume and is not missing any pages.

Thanks,
Eric Montroy



FILED
APR 23 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk