IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TEDOR DAVIDO,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| v. | : | **No. 06-cv-0917** |
| **JEFFERY BEARD, <u>ET</u> <u>AL.</u>,** | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW,** this 20th day of July 2021, upon consideration of Petition for Writ of Habeas Corpus (ECF No. 33, 34); Petitioner's Memorandum of Law (ECF No. 123, 124); Response to Petition for Writ of Habeas Corpus (ECF No. 134) and Petitioner's Reply Memorandum in Support (ECF No. 141), it is hereby **ORDERED** that:

1. Davido's Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED**;
2. No certificate of appealability shall issue; and
3. The case shall be **CLOSED** for statistical purposes.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**