# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TEDOR DAVIDO,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| v. | : | No. 06-cv-0917 |
| **JEFFERY BEARD, <u>ET</u> <u>AL.</u>,** | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW,** this 30th day of March, 2022, upon consideration of Petitioner's "Motion to Alter and Amend Judgment" (ECF No. 147), and Petitioner's "Notice of Supplemental Authority" (ECF No. 148), it is hereby **ORDERED** that the Motion is **DENIED**.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**